JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Bobby Ray Jones ;
**County of Residence:** Pulaski County

**Defendant(s):**

First Listed Defendant:
Challenge Unlimited, Inc. ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Pulaski County

**Plaintiff's Attorney(s):**

John Andrew Hirth (Bobby Jones)
TGH Litigation LLC
28 N 8th St Suite 317
Columbia, Missouri 65201
**Phone:** 5732562850
**Fax:**
**Email:** andy@TGHLitigation.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 442 Employment

**Cause of Action:** 42 U.S.C. § 2000e-2(a)(1), and 42 U.S. Code § 1981, Employment discrimination based on race, hostile work environment based on race, retaliation for reporting discrimination based on race

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

Case 6:22-cv-03257-DPR   Document 1-1   Filed 10/03/22   Page 1 of 2

**Signature:** J. Andrew Hirth

**Date:** 10/03/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.